NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-7122

### CHARLES SMITH,

Claimant-Appellant,

v.

### ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 06-0348, Judge Alan G. Lance, Sr.

ON MOTION

ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

MAY - 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Kenneth M. Carpenter, Esq.
       Scott D. Austin, Esq.

s8

ISSUED AS A MANDATE: MAY - 8 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 8 2009

JAN HORBALY
CLERK